# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 7, 2014

## NO. 03-14-00298-CV

**R. S., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ROSE**

This is an appeal from the order signed by the trial court on March 21, 2014. Having reviewed the record, it appears to the Court that R.S. has not prosecuted his appeal and did not file an affidavit of indigence complying with the Texas Rules of Appellate Procedure or make arrangements to pay for the record. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.